# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: Fox, Larry Arthur )
) Case No.: 10-82029
Fox, Ramona Rae ) Chapter 13
Debtor(s) )

## AMENDED PLAN AND SUMMARY, NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN AND STATEMENT OF CHANGES TO PROVISIONS OF SECURED CLAIMS

**COMES NOW**, the Debtors and file their Amended Summary of Plan, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims:

1. The Debtors have attached hereto their Amended Plan and Summary, which provides for a term of 36 months.

2. All terms contained in the Original Plan (except the Summary) filed on 11-12-10, are incorporated by reference.

3. Pursuant to 11 U.S.C. § 1323(b) the modifications contained in the Amended Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| CREDITOR | COLLATERAL | DESCRIPTION OF THE CHANGE |
|---|---|---|
| Santander Financial | 2001 Ford Ranger | The secured claim of $3,161.58 will receive 6.00% interest, 36 monthly payments of $96.66. |
| American General Finance | 2002 Chrysler PT Cruiser | The secured claim of $2,150.00 will receive 6.00% interest, 36 monthly payments of $65.73. |
| Nationstar Mortgage | Homestead | The mortgage shall be paid outside the plan pursuant to the loan modification agreement entered into by the Debtors after the filing of this case. |

Dated: 12-13-10 /s/ Jimmy L. Veith_____

**AN AMENDED SUMMARY OF PLAN IS ATTACHED HERETO.**

# Summary of Plan

Use for Original and Amended Plans

Debtor(s): Fox, Larry & Ramona  Case No. 10-82029  Dated: 12/13/2010

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2001 Ford Ranger | Santander Financial | $ 3,161.58 | 3000011125114 | 6.0000% | 1 | 36 | $96.66 | Trustee | 36 | $3,479.84 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | 2002 Chrysler PT Cruiser | American General Finance | $ 2,150.00 | 8102715045542070 | 6.0000% | 1 | 36 | $65.73 | Trustee | 36 | $2,366.43 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Homestead | Nationstar Mortgage | $ 57,889.98 | 242710448 | contract | 1 | 24 | $296.73 | Debtor | 24 | $0.00 |
| II.B. | | (SEE COMMENTS #1.) | $ - | | 0.0000% | 1 | 1 | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | 0.0000% | 1 | 1 | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| III.D. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Jimmy L. Veith, P.C. | | | | | | | Trustee | | $3,174.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | 2009 income taxes | OTC | | | | | | | Trustee | | $10.36 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $9,030.63 |

**Class V Executory Contracts:**

Debtors assume the lease-purchase agreement for a stand-up freezer. The final payment of $79.00 is due on 11-15-2010.

| | Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|---|
| | 36 | 36 | 1 | 36 | $286.00 | Debtor | 36 | $10,296.00 |
| | | | 36 | 36 | $0.00 | Debtor | 1 | $0.00 |
| | | | | | | Debtor | 1 | $0.00 |
| | | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $10,296.00 |
| Trustee Fee (10%) | $1,029.60 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $9,030.63 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $235.77 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $0.00 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $218.50 |
| Total Priority Claims: | $10.36 |
| Chapter 7 Test Amount: | $208.14 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $235.77 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount Debtor Proposes to Pay to Class IV.C. Claims: | |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $235.77 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $11,775 |
| Claims Relegated to Class IV.C. | $2,424 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $14,199 |
| Required Amount to Class IV.C. Claims | $235.77 |
| Estimated Percentage to Class IV.C. Claims: | 1.66% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $10,296.00 |
| Less Trustee Fee: | $1,029.60 |
| Less payments to Creditors: | $9,030.63 |
| Net to Class IV.C Claims: | $235.77 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | Rainbow vacuum cleaner | Prime Acceptance | 1216 N.W. Gaye Street , Kingston, OK 73439 |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**
1. The mortgage shall be paid outside the plan pursuant to the loan modification agreement entered into by the Debtors after the filing of this case.
2. Unsecured debt totals $9,716.00 and does not include the student loan debt of $2,647.37 to Murray State College and $5,220.00 to U.S. Dept. of Education. These student loans will be paid the required monthly payments outside the plan when they become due.

Form SP Post-Act 05092008

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.